United States District Court
Southern District of Texas
**ENTERED**
November 06, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 2:17-CR-331-2 |
| | § | |
| ROMELL MARTICE SCOTT | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the Defendant pending trial in this case:

(1)     There are no conditions or combination of conditions that would reasonably secure the presence of the Defendant; and

(2)     There are no conditions or combination of conditions that will reasonably assure the safety of the community.

The evidence against the Defendant meets the probable cause standard. The findings and conclusions contained in the Pretrial Services Report are adopted. The Defendant has three pages of criminal history with several failures to appear and failure to comply. It appears that he rarely, if ever, has complied with conditions of pretrial supervision or probation. He is a poor bond risk, and does not meet the standard for release in either Title 18, United States Code, Sections 3142 or 3143.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending

appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

The Clerk shall terminate the motion for reconsideration (D.E. 46).

ORDERED this 6th day of November, 2017.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE